# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Return to:     Unites States District Court
300 Las Vegas Blvd. South, Room 4425
Las Vegas, Nevada 89101
ATTN: _____

Returned by: _____

Reference:     U.S.A. vs. **TERRA M. COOKE**
Citation/Case # **2:11-mj-0540-PAL**
Sentencing date _____

I, **Javier Flores-Diaz**, legal owner of the $ **300** cash bond posted in the above referenced matter and now on deposit with the Clerk's Office,

**✓** hereby authorize said bond money to be applied to the fine imposed by the Court.

_____ hereby request the said bond money be returned to me at the address below.

**IMPORTANT:**
ROZHAN MARIE CONSTANZA
Notary Public State of Nevada
No. 11-6157-1
My Appt. Exp. Nov. 8, 2015

THIS FORM MUST BE FILLED OUT COMPLETELY AND NOTARIZED OR THE BOND MONEY POSTED WITH THE COURT WILL NOT BE RELEASED OR APPLIED TOWARD THE FINE. ADDITIONALLY, THIS FORM MUST BE RETURNED WITHIN 10 DAYS OF THE SENTENCING DATE.

DATED: **03-01-12**
State of Nevada
County of Clark
SUBSCRIBED AND SWORN to before me this **1** day of **March**, 20**12**.

**Rozhan Marie Constanza**
Notary Public/Deputy Clerk

**Javier Flores D.**
Signature of Legal Owner

**2700 Royal St**
Street Address

**N. Las Vegas NV 89030**
City, State and Zip Code

## DO NOT WRITE BELOW THIS LINE - FOR COURT USE ONLY

To:     Clerk, United Stated District Court

Pay proceeds of cash bond to:     CVB, Atlanta, GA
                                      Legal Owner
                                      U.S. District Court

Receipt # 00501 S
Date 7/12/11
$ _____
$ _____
$ **300.00**

**PEGGY A. LEEN**
U.S. MAGISTRATE JUDGE